■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE E. JONES. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ISAAC NAMER. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ISRAEL ESPINOSA. (D) THE PEOPLE OF THE STATE OF NEW YORK v. MAX MITCHELL. (E) THE PEOPLE OF THE STATE OF NEW YORK v. NATHANIEL BOWLER.— [In each action] Motion for leave to

appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court. Anthony F. Marra, Esq. of 100 Centre Street, New York, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ. (F) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY PUGH. (G) THE PEOPLE OF THE STATE OF NEW YORK v. ADRIAN ROSA. [Same decision.] Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ. (H) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS E. RAMIREZ. [Same decision.] Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.